UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>          Petitioner,<br><br>   v.<br><br>PAROLE DIVISION OF BERMUDA DUNES, CA,,<br><br>          Respondent. | Case No. 5:22-cv-00445-RGK-PD<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file records herein, and the Report and Recommendation of United States Magistrate Judge. The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the Petition is denied and this action is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: June 17, 2022

                                                R. GARY KLAUSNER<br>                                                UNITED STATES DISTRICT JUDGE