JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>PAROLE DIVISION OF PERMUDA DUNES, CA,<br><br>　　　　　　　　Respondent. | Case No. 5:22-cv-00445--RGK-PD<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 17, 2022

*Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE